FILED
1/11/23 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 22-21344-JAD |
| Shawnee L. Fife, | Chapter 13 |
| | Related to ECF Nos.: 46, 48, 50 |
| Debtor | |
| Shawnee L. Fife, | |
| | Hearing: 02/01/2023 @ 11:00 AM |
| Movant | |
| v. | |
| Midland Credit Management, Inc., | |
| Respondent | |

## STIPULATION RESOLVING OBJECTION TO CLAIMS OF
## MIDLAND CREDIT MANAGEMENT, INC. [CLAIMS NO. 4, 5 AND 6]

And now comes the Debtor, Shawnee L. Fife, by and through her counsel, Dennis M. Sloan and the law firm of Sloan & Associates, P.C. and Midland Credit Management, Inc. ("Midland"), by and through its counsel, Brian Nicholas Esquire and KML Law Group, P.C., and stipulate as follows:

WHEREAS, the Debtor filed a Chapter 13 Voluntary Petition on July 12, 2022 at the above-referenced case number; and,

WHEREAS, on July 19, 2022 Midland filed a proof of claim docketed at Claim No. 4 on the Claims Register for an unsecured claim in the amount of $5,930.12 ("Claim 4"); and,

WHEREAS, on July 19, 2022 Midland filed a proof of claim docketed at Claim No. 5 on the Claims Register for an unsecured claim in the amount of $5,560.85 ("Claim 5"); and,

WHEREAS, on July 19, 2022 Midland filed a proof of claim docketed at Claim No. 6 on the Claims Register for an unsecured claim in the amount of $7,099.58; and,

WHEREAS, on December 19, 2022, at Docket Number 46 the Debtor filed an Objection to Claim 4 and Request for Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii); and,

WHEREAS, on December 19, 2022, at Docket Number 48 the Debtor filed an Objection to Claim 5 and Request for Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii); and,

WHEREAS, on December 19, 2022, at Docket Number 50 the Debtor filed an Objection to Claim 6 and Request for Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii); and,

WHEREAS, on December 30, 2022, Midland filed an Amended Claim 4, Amended Claim 5 and Amended Claim 6; and,

WHEREAS, without admitting fault or liability of any kind, the parties wish to resolve the Debtor's Objections to Claims 4, 5 and 6.

NOW THEREFORE, in consideration of the above-referenced premises, and intending to be legally bound hereby, the Debtor and Midland, by their respective counsel, stipulate and agree, subject to the approval of the Bankruptcy Court, as follows:

1. The Proofs of Claim filed by Midland on July 19, 2022 at Claims No. 4, 5 and 6 ("the Claims"), and amended on December 30, 2022, shall govern as to amount.

2. If the within bankruptcy case is converted to another chapter, dismissed or closed without a discharge, then the Claims shall not have a *res judicata* or collateral estoppel effect in the converted case or in any future bankruptcy filing or state court action.

3. The parties shall retain all claims and defenses in any converted case, future bankruptcy case or state court actions.

4. The parties shall bear their own costs related to this matter.

SO ORDERED:

Dated: January 11, 2023

The Honorable Jeffery A. Deller, Judge
United States Bankruptcy Court

CONSENTED TO BY:

                SHAWNEE L. FIFE

<u>01/10/2023</u>                BY <u>/s/Dennis M. Sloan</u>
DATE                      Dennis M. Sloan
                              Pa ID. No. 83784
                              Sloan & Associates, P.C.
                              106 S. Main Street, Suite 305
                              Butler, PA 16001
                              (724) 284-9092
                              sloanassoc@zoominternet.net
                              Counsel for Debtor


                MIDLAND CREDIT
                MANAGEMENT, INC.

<u>01/10/2023</u>                BY <u>/s/Brian Nicholas, Esquire</u>
DATE                      Brian Nicholas, Esquire
                              Pa ID. No. 317240
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (201) 549-5366
                              bnicholas@kmllawgroup.com
                              Counsel for Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21344-JAD |
| Shawnee L. Fife | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shawnee L. Fife, 4665 Edinburg Road, New Castle, PA 16102-2741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 13, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Shawnee L. Fife sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Jan 11, 2023      Form ID: pdf900      Total Noticed: 1
TOTAL: 6