```
                                                              FILED
                                                              2/1/23 9:49 am
                                                              CLERK
                                                              U.S. BANKRUPTCY
              IN THE UNITED STATES BANKRUPTCY COURT           COURT - WDPA
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-21344 JAD |
| Shawnee L. Fife, | ) | Chapter 13 |
| | ) | Related to ECF No. 42, 44 |
| Debtor | ) | |
| Shawnee L. Fife, | ) | |
| | ) | Hearing: 02/01/2023 @ 11:00 AM |
| Movant | ) | |
| v. | ) | |
| LVNV Funding, LLC., | ) | |
| Respondent | ) | |

## STIPULATION RESOLVING OBJECTIONS TO CLAIMS OF
## LVNV FUNDING, LLC [CLAIMS NO. 3 AND 12]

And now comes the Debtor, Shawnee L. Fife, by and through her counsel, Dennis M. Sloan and the law firm of Sloan & Associates, P.C. and LVNV Funding, LLC ("LVNV"), by and through its counsel, Keri P. Ebeck, Essquire and the law firm of Bernstein-Burkley, P.C., and stipulate as follows:

WHEREAS, the Debtor filed a Chapter 13 Voluntary Petition on July 12, 2022 at the above-referenced case number; and,

WHEREAS, on July 16, 2022 LVNV filed a proof of claim docketed at Claim No. 3 on the Claims Register for an unsecured claim in the amount of $3,307.61 ("Claim 3"); and,

WHEREAS, on August 15, 2022 LVNV filed a proof of claim docketed at Claim No. 12 on the Claims Register for an unsecured claim in the amount of $2,306.18 ("Claim 12"); and,

WHEREAS, on October 4, 2022, LVNV filed an Amended Claim 3 and Amended Claim 12; and,

WHEREAS, on December 19, 2022, at Docket Number 42 the Debtor filed an Objection to Claim 3 and Request for Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii) ("Objection to Claim 3"); and,

WHEREAS, on December 19, 2022, at Docket Number 44 the Debtor filed an Objection to Claim 12 and Request for Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii) ("Objection to Claim 12"); and,

WHEREAS, on January 5, 2023, LVNV filed responses to the Objection to Claim 3 and the Objection to Claim 12; and,

WHEREAS, on January 18, 2023, LVNV filed exhibits to its responses to the Objection to Claim 3 and the Objection to Claim 12; and,

WHEREAS, without admitting fault or liability of any kind, the parties wish to resolve the Debtor's Objections to Claims 3 and 12.

NOW THEREFORE, in consideration of the above-referenced premises, and intending to be legally bound hereby, the Debtor and LVNV, by their respective counsel, stipulate and agree, subject to the approval of the Bankruptcy Court, as follows:

1. The Proof of Claim filed by LVNV on July 16, 2022 at Claim No. 3, as amended on October 4, 2022 and the Proof of Claim filed by LVNV on August 15, 2022 at Claim No. 12, as amended on October 4, 2022 (collectively, "the Claims"), shall govern as to amount.

2. If the within bankruptcy case is converted to another chapter, dismissed or closed without a discharge, then the Claims shall not have a *res judicata* or collateral estoppel effect in the converted case or in any future bankruptcy filing or state court action.

3. The parties shall retain all claims and defenses in any converted case, future bankruptcy case or state court actions.

4. The parties shall bear their own costs related to this matter.

Dated: February 1, 2023

SO ORDERED:

_____
The Honorable Jeffery A. Deller, Judge
United States Bankruptcy Court

CONSENTED TO BY:

1-31-2023
DATE

SHAWNEE L. FIFE

BY _____
Dennis M. Sloan
Pa ID. No. 83784
Sloan & Associates, P.C.
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net
Counsel for Debtor

1/31/23
DATE

LVNV FUNDING, LLC

BY _____
Keri P. Ebeck, Esquire
Pa ID. No. 91298
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112
kebeck@bernsteinlaw.com
Counsel for LVNV Funding, LLC

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21344-JAD

Shawnee L. Fife     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Feb 01, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawnee L. Fife, 4665 Edinburg Road, New Castle, PA 16102-2741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midland Credit Management Inc. bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Shawnee L. Fife sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 01, 2023 | Form ID: pdf900 | Total Noticed: 1

TOTAL: 6