Certificate Number: 15317-PAW-DE-039153354

Bankruptcy Case Number: 22-21344



15317-PAW-DE-039153354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 12, 2024</u>, at <u>5:57</u> o'clock <u>PM PST</u>, <u>Shawnee Fife</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 12, 2024</u>          By:   <u>/s/Charlie Lapada</u>

                                         Name: <u>Charlie Lapada</u>

                                         Title: <u>Credit Counselor</u>