UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-21344-JAD |
| | ) | |
| Shawnee L. Fife, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Document No. |
| | ) | Related to Documents No. 85, 86 |
| | ) | Hearing: 03/10/2026 @ 10:00 AM |
| _____ | ) | |
| | ) | |
| Dennis M. Sloan and Sloan & Associates, P.C., | ) | |
| | ) | |
| Applicant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST
APPLICATION FOR INTERIM COMPENSATION BY COUNSEL FOR DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the First Application for Interim Compensation by Counsel for Debtor filed on February 12, 2026 at Document No. 85 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the First Application for Interim Compensation by Counsel for Debtor appears thereon. Pursuant to the Summary Cover Sheet and Notice of Hybrid Hearing on Professional Fees, objections to the First Application for Interim Compensation by Counsel for Debtor were to be filed and served no later than March 2, 2026.

It is hereby respectfully requested that the Order attached to the First Application for Interim Compensation by Counsel for Debtor be entered by the Court.

Dated: March 3, 2026

Respectfully submitted,
*/s/Dennis M. Sloan*
Dennis M. Sloan
Attorney for Debtor
PA Bar #83784
Sloan & Associates, P.C.
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net