**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  22-21344-JAD |
| | ) | |
| Shawnee L. Fife, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Related to Doc No.   85 |
| | ) | |
| | ) | Hearing: 03/10/2026 @ 10:00 AM |
| _____ | ) | |
| | ) | |
| Dennis M. Sloan and Sloan & Associates, P.C., | ) | |
| | ) | |
| Applicant(s) | ) | |
| | ) | |
| v. | ) | <span style="color:red">**DEFAULT O/E JAD**</span> |
| | ) | |
| No Respondent | ) | |

**ORDER OF COURT**

**AND NOW**, to wit, this _____4th_____ day of ___March_____, 2026, upon

consideration of the First Application for Interim Compensation by Counsel for Debtor, it is

hereby ORDERED, ADJUDGED and DECREED that:

1.     The First Application for Interim Compensation is approved in the total amount

of $9,575.00 for work performed in the Chapter 13 case by Debtor's counsel from

June 13, 2022 to February 11, 2026.

2.     Prior to the filing of this Fee Application, the fees approved or awarded to

Debtor's counsel totaled $6,000.00 (including $2,000.00 of Awarded Fees), with

$2,500.00 of said amount to be paid to Debtor's counsel through distributions

from the Chapter 13 Trustee.  Following approval of this Fee Application, an

additional $3,500.00 shall be paid through distributions from the Chapter 13

Trustee, for a total of $6,000.00 in distributions to the Applicant from the Chapter

-1-

13 Trustee.

3.  Reimbursement for expenses is approved in the total amount of $510.48 for the period from June 13, 2022 to February 11, 2026.

4.  Prior to the filing of this Fee Application, Debtor's counsel was paid an initial Expense Retainer in the amount of $500.00.

5.  The approved expenses exceeding the Expense Retainer, totaling $10.48, shall be deemed waived by the Applicant.

6.  The approved attorney's fees not included in the plan, totaling $75.00 after subtracting the total amount of the Awarded Fees, shall be deemed waived by the Applicant.

7.  The fees and expenses approved herein will not decrease the amounts to be paid to other creditors through the Chapter 13 Plan.

8.  The Debtor is not required to file an amended plan as the fees approved herein that are to be distributed by the Chapter 13 Trustee were included in the Debtor's Chapter 13 Plan Dated July 11, 2022 ("the Plan") and confirmed by Order of Court dated September 8, 2022.

9.  The Clerk shall record the total award of compensation in the amount of $9,575.00 and the total award for expenses in the amount of $510.48.

3/4/2026

The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
3/4/26 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-2-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21344-JAD |
| Shawnee L. Fife | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Shawnee L. Fife, 4665 Edinburg Road, New Castle, PA 16102-2741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Midland Credit Management Inc. dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Shawnee L. Fife sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding  LLC kebeck@metzlewis.com, btemple@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                      Page 2 of 2
Date Rcvd: Mar 04, 2026                  Form ID: pdf900                            Total Noticed: 1

TOTAL: 6